AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 12-mj-01076-MEH |
| ) | |
| DANIEL E. HALL ) | Charging District: Western District of Texas |
| *Defendant* ) | Charging District's Case No. 3:12-cr-01092-KC |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Texas Western District Court - El Paso Division 525 Magoffin Avenue El Paso, TX 79901 | Courtroom No.: Magistrate Judge N. J. Garney |
|---|---|
| | Date and Time: 6/15/2012 8:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 1, 2012

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
*Printed name and title*